# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

157836

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JENELL CAPREICE BAILEY,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157836
COA: 339122
Macomb CC: 2016-003172-FC

      On order of the Court, the application for leave to appeal the April 3, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment that reversed the Macomb Circuit Court's June 28, 2017 order granting the defendant's motion to withdraw her guilty plea. Although the Court of Appeals correctly concluded that the trial court failed to state a legitimate basis for permitting plea withdrawal, it erred in remanding the case for sentencing rather than for redetermination of the defendant's motion. The defendant claimed that her attorney told her that, if she changed her mind before sentencing, she could withdraw her plea. If true, that would call into question whether the plea was entered knowingly and voluntarily. We REMAND this case to the Macomb Circuit Court for an evidentiary hearing to determine whether the defendant's attorney advised her that she would be able to withdraw her guilty plea on her own volition before sentencing, and if so, whether she should be permitted to withdraw her plea.

      We do not retain jurisdiction.



p0109

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk